**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TIMMY KINNER,

    Plaintiff,

v.                                                   Case No. 3:24cv384-MCR-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation dated October 15, 2024 (ECF No. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this Order.

2.  This case is DISMISSED WITHOUT PREJUDICE due to Kinner's failure to prosecute and failure to comply with Court orders.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv384-MCR-HTC