**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**TIMMY KINNER,**

    **Plaintiff,**

**v.**                                     **CASE NO. 3:24cv384-MCR-HTC**

**FLORIDA DEPARTMENT OF
CORRECTIONS,**

    **Defendant.**

_____/

**ORDER**

On February 12, 2025, the Court vacated its December 31, 2024, Order adopting the Report and Recommendation of the Magistrate Judge dismissing the case for the failure to comply with Court orders and allowed Plaintiff "one final opportunity" to respond.  Plaintiff was given 30 days to file objections to the Report and Recommendation and to comply with the prior orders by filing an amended complaint, accompanied with either a motion to proceed *in forma pauperis* or payment of the required filing fee. The Order further stated failure to comply with any portion of the Order would result in dismissal. ECF No. 10. On the last day of the 30-day compliance period, Plaintiff filed a Motion for Extension to Reply/Comply with Last Order (ECF No. 11), requesting yet another 30 days, stating he needs additional time to "figure out how to file" a motion for preliminary

injunction and stating he needs counsel due to the complexities of the case. Also, approximately one week later, he filed a Motion for Appointment of Pro Bono Counsel (ECF No. 12) and an untimely Motion to Proceed In Forma Pauperis (ECF No. 13). Plaintiff has failed to file an objection to the Report and Recommendation or an amended complaint. On consideration, the Court finds Plaintiff's motion for an extension of time should be denied. Although the case has been pending since August 2024, and Plaintiff has had ample time to file a proper complaint in compliance with the Court's prior Orders, none has been filed. Also, a civil litigant has no right to the appointment of counsel. *See Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990). Therefore, the Report and Recommendation should be adopted, and the remaining motions denied as moot.

Accordingly, it is now ORDERED as follows:

1.      The Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3.      Plaintiff's motion to extend time (ECF No. 11) and request for counsel (ECF No. 12) are DENIED, and the Motion for Leave to Proceed In Forma Pauperis (ECF No 13) is denied as MOOT.

4.     The Clerk is direct to close the file.

**DONE AND ORDERED** this 30th day of May 2025.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**